# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Stefon Harrison v. Ronald Watts, et al.

Case Number: 20 CV 2918

An appearance is hereby filed by the undersigned as attorney for:
City of Chicago, Philip Cline, Debra Kirby and Karen Rowan

Attorney name (type or print): Paul A. Michalik

Firm: Reiter Burns LLP

Street address: 311 S. Wacker Dr., Suite 5200

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6198674
(See item 3 in instructions)

Telephone Number: 312 982-0090

Email Address: pmichalik@reiterburns.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 26, 2020

Attorney signature: S/ Paul A. Michalik
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015