## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Stefon Harrison
                Plaintiff,

v.
                                          Case No.: 1:20−cv−02918
                                          Honorable Virginia M. Kendall

City Of Chicago, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 14, 2023:

      MINUTE entry before the Honorable Virginia M. Kendall. Status hearing set for 2/15/2023 is stricken. By 4/10/2023, the parties shall file a joint status report indicating whether any action is required at this time by the District Judge assigned to this case. Status hearing is set for 4/13/2023 at 9:00 AM. Virtual hearing requests must be pre−approved by the Court. If you need to appear virtually, send the attached form to Judge Kendall's courtroom deputy. The courtroom deputy will inform you as to whether your request has been approved. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.